**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **REUBEN RIVERA,** : | |
| : | |
| Petitioner : | |
| : | CIVIL NO. 3:CV-06-0716 |
| v. : | |
| : | (Judge Caputo) |
| **LOUIS FOLINO,** *et al.*, : | |
| : | |
| Respondents : | |

*O R D E R*

**AND NOW**, this **2nd** day of **JUNE, 2014,** upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition (Doc. 1) for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court shall **CLOSE** this file.

                                                   **/s/ A. Richard Caputo**
                                                   **A. RICHARD CAPUTO
                                                   United States District Judge**